### No. 1100.

EMMA C. BATES, WIFE, VS. WILLIAM F. BEHEN, HUSBAND.

Article 138 Civil Code, relative to separation from bed and board, is not repealed; affirming 32 An. 1174.

The conclusions of the Judge *a quo* on questions of fact involved are concurred in.

APPEAL from the Third District Court, Parish of Union. *Graham*, J.

---

*Young & Holbert* for Plaintiff and Appellee.

*McClendon & Barksdale* for Defendant and Appellant.

---

The opinion of the Court was delivered by FENNER, J.